5



M/w ABSTRACTS ISSUED TO USMS

1  ALANA W. ROBINSON
   Acting United States Attorney
2  ALICIA P. WILLIAMS
   Assistant U.S. Attorney
3  California Bar No. 262823
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-8917

6  Attorneys for United States of America

7

8                **UNITED STATES DISTRICT COURT**

9                **SOUTHERN DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,          Case No.: 17 CR 1952 -BAS

11                     Plaintiff,       **STIPULATION OF FACT AND
                                        JOINT MOTION FOR RELEASE OF**
12     v.                              **MATERIAL WITNESS(ES) AND
                                        ORDER THEREON**
13  CARLTON ARMSTRONG,
                                        **(Pre-Indictment Fast-Track**
14                     Defendant.       **Program)**

15

16      IT  IS  HEREBY  STIPULATED  AND  AGREED  between  the  plaintiff,

17  UNITED STATES  OF  AMERICA,  by  and  through  its  counsel,  Alana W.

18  Robinson,  Acting  United States  Attorney,  and  Alicia  P.  Williams,

19  Assistant United States Attorney, and defendant CARLTON ARMSTRONG, by

20  and  through  and  with  the  advice  and  consent  of  defense  counsel,

21  Gerloni Cotton, that:

22      1.   Defendant agrees to execute this stipulation on or before

23  the first preliminary hearing date and to participate in a full and

24  complete  inquiry  by  the  Court  into  whether  defendant  knowingly,

25  intelligently and voluntarily entered into it.

26      2.   The material witnesses, ENRIQUE DANIEL CALZADILLAS-PASCUAL,

27  AVISAEL  GUTIERREZ-VARGAS,  CECILIA  MARTINEZ-BONIFACIO,  JORGE SEGURA-

28  CERMENO, and DIEGO ARMANDO TORRES-GARCIA, in this case:

APW:mf:7/5/17

a.  Are aliens with no lawful right to enter or remain in the United States;

b.  Entered or attempted to enter the United States illegally on or about June 23, 2017;

c.  Were found in a vehicle, driven by defendant near Calexico, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

d.  Were paying $7,000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

e.  May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

3.  The vehicle driven by defendant in this case;

a.  Was seized as evidence and is held by the Department of Homeland Security;

b.  May be released as evidence and immediately disposed of by the Department of Homeland Security.

4.  After the court has ordered the material witnesses released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a.  The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

b.  The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es);

c.  Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless

defendant confronted and cross-examined the
witness(es) who made the "testimonial" hearsay
statements, defendant waives the right to confront and
cross-examine the material witness(es) in this case;
and,

d.    Defendant waives the opportunity to examine the
vehicle or object to its unavailability in this case.

5.    By signing this stipulation and joint motion, defendant
certifies that defendant has read it (or that it has been read to
defendant in defendant's native language).    Defendant certifies
further that defendant has discussed the terms of this stipulation
and joint motion with defense counsel and fully understands its
meaning and effect.

Based on the foregoing, the parties jointly move the stipulation
into evidence and for the immediate release and remand of the above-
named material witness(es) to the Department of Homeland Security for
return to their country of origin.

It is **STIPULATED AND AGREED** this date.

Respectfully submitted,

ALANA W. ROBINSON
Acting United States Attorney

_8/10/17_
DATED

ALICIA P. WILLIAMS
Assistant U.S. Attorney

_8/8/17_
DATED

GERLONI COTTON
Defense Counsel

_8/8/17_
DATED

CARLTON ARMSTRONG
Defendant

1                              O R D E R

2          Upon joint application and motion of the parties, and for good

3     cause shown,

4          **THE STIPULATION** is admitted into evidence; and

5          **IT  IS  ORDERED** that  the  above-named  material  witness(es)  be

6     released  and  remanded  forthwith  to  the  Department  of  Homeland

7     Security for return to their country of origin.

8          **SO ORDERED.**

9

10    ___8/10/17_____          _____
      DATED                               United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28